**Kennedy Wayne WILLIAMS**

v.

**STATE.**

**No. 3426–9.**

Court of Criminal Appeals of Texas,
En Banc.

March 13, 1991.

Appeal from 258th District Court, Polk County; Joe Ned Dean, Judge.

Prior report: Tex.App., 787 S.W.2d 181.

On state's petition for discretionary review: petition dismissed as improvidently granted.

MILLER, WHITE and BAIRD, JJ., dissent.

**Mark Lee NEWFIELD**

v.

**STATE.**

**No. 1528–89.**

Court of Criminal Appeals of Texas,
En Banc.

May 1, 1991.

Appeal from County Criminal Court No. 9, Dallas County; George B. Shepherd, Judge.

Prior report: Tex.App., 766 S.W.2d 408.

On state's petition for discretionary review: petition dismissed as improvidently granted.